IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE EUGENE LOWE,

    Petitioner,               No. 2:10-cv-0010 JFM (HC)

    vs.

JAMES D. HARTLEY,

    Respondent.             <u>ORDER</u>

                        /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.[1]

        In accordance with the above, IT IS HEREBY ORDERED that:

/////

/////

---

[1] Appended to the petition is a request for withdrawal of $5.00 from petitioner's inmate trust account, but it is not clear whether petitioner submitted this form to the appropriate prison officials and to date no payment of the filing fee has been received by the court.

1

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: January 26, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
lowe0010.101a